IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

GAVIN WAYNE FREEMAN                                                     PLAINTIFF

VERSUS                              CIVIL ACTION NO. 3:09cv656-TSL-JCS

UNITED RECOVERY SYSTEMS, LP                                 DEFENDANT

## ORDER OF DISMISSAL

THE PARTIES have agreed to and announced to the Court a settlement of this case. The court, being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket,

IT IS, THEREFORE, ORDERED that this case is hereby DISMISSED WITH PREJUDICE as to all parties. If any party fails to comply with the terms of this settlement agreed to by all parties, any aggrieved party may reopen the case for enforcement of the settlement agreement. If successful, all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to comply with the agreement. The Court specifically retains jurisdiction to enforce the settlement agreement.

This settlement agreement constitutes a global release as to all claims and as to all parties with prejudice. This settlement will be finally complete upon execution of release documents.

SO ORDERED, this the 16th day of December, 2009.

                                                           _____
                                                           UNITED STATES MAGISTRATE JUDGE